UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BELMONTE,<br><br>             Plaintiff,<br><br>      v.<br><br>A. SMITH, et al.,<br><br>             Defendants. | No. 2:19-cv-0269 KJM AC P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights complaint filed pursuant to 42 U.S.C. § 1983.  Plaintiff alleges the denial of his constitutional rights during his prior incarceration at Mule Creek State Prison.  Plaintiff has filed a notice of address change indicating that he is no longer incarcerated.  Therefore, he must complete and submit a non-prisoner application to proceed in forma pauperis on the form provided herewith.  See e.g. Adler v. Gonzalez, 2015 WL 4041772, at *1, 2015 U.S. Dist. LEXIS 85909 (E.D. Cal. July 1, 2015), report and recommendation adopted, 2015 WL 4668668, 2015 U.S. Dist. LEXIS 103386 (E.D. Cal. Aug. 6, 2015) (payment of fee not required if plaintiff remains indigent after release from prison), and cases cited therein.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days after the filing date of this order, plaintiff shall complete and file the attached affidavit requesting leave to proceed forma pauperis; failure to timely submit the

completed application will result in a recommendation that this action be dismissed without prejudice.

    2. The Clerk of Court is directed to send plaintiff, together with a copy of this order, a blank application to proceed forma pauperis used by non-prisoners in this district.

DATED: August 11, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE