1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **MIGUEL BELMONTE,** | Case No. 2:19-cv-00269 KJM AC P |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER MODIFYING THE DISCOVERY AND SCHEDULING ORDER** |
| v. | |
| **A. SMITH, et al.,** | |
| Defendants. | |

18        The Court has reviewed Defendant's motion to modify the discovery and scheduling order.

19  Having considered Defendant's motion and the accompanying declaration of Defendant's

20  counsel, the Court finds good cause to modify the current discovery and scheduling order.

21        The Court hereby GRANTS Defendant's motion to modify the discovery and scheduling

22  order.  The Court extends the October 29, 2021, deadline to complete discovery by ninety days to

23  January 27, 2022, and extends the January 21, 2022, deadline to file any pretrial motions by

24  ninety days to April 21, 2022.

25

26  Dated:  July 16, 2021

27                                        _____
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE

28