UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BELMONTE, | No. 2:19-cv-0269 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| A. SMITH, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 13, 2021, the parties filed a joint motion requesting that the Court stay the current discovery and scheduling order and refer this matter to its Alternative Dispute Resolution Project Program ("ADR Program"). See ECF No. 25. Good cause appearing, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that the parties' joint motion to stay the current discovery and scheduling order and refer this matter to the Court's ADR Program (ECF No. 25) is GRANTED.

////

////

1

1     Under separate order, the current discovery and scheduling order will be stayed, and this
2 matter will be referred to the ADR Program.
3 DATED: January 24, 2022

                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE