# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BELMONTE,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITH, et al.,<br><br>    Defendants. | No. 2:19-cv-0269 KJM AC P<br><br><br>ORDER |

Plaintiff is a former state prisoner, proceeding pro se. On April 27, 2022, counsel for defendants filed a joint notice of pending settlement, and the May 2, 2022 settlement conference before the undersigned was vacated. Subsequently, plaintiff sent emails and letters requesting to vacate the settlement agreement. Accordingly, the parties shall file <u>a joint statement</u> concerning the status of settlement referenced in counsel's April 27, 2022 notice.

IT IS HEREBY ORDERED that, within twenty-one days from the date of this order, the parties shall file a joint statement concerning the status of the settlement agreement.

Dated: May 17, 2022

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/belm0269.fb

1