UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BELMONTE, | No. 2:19-cv-0269 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| SMITH, et al., | |
| Defendants. | |

      Plaintiff is a former state prisoner, proceeding pro se. On May 19, 2022, counsel for defendants filed a joint statement concerning the status of settlement negotiations and requested this matter be set for settlement conference. Good cause appearing, the parties' request is granted. This action is set for settlement conference on July 29, 2022, at 3:30 p.m., in Courtroom 25 before the undersigned. The conference is to be conducted by remote means to be determined at a later date and time. Each party is reminded of the requirement that it be represented at the settlement conference by a person with full settlement authority. See Local Rule 270. At least seven (7) days prior to the conference, July 22, 2022, the parties are directed to submit confidential settlement conference statements to chambers via the following email address: "kjnorders@caed.uscourts.gov", or regular mail. Such statements shall not be filed with the Clerk; however, each party shall e-file or mail a one-page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to

serve each other with the settlement statements.  The stay in this case (ECF No. 26) is extended to July 30, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' request (ECF No. 33) is granted;

2. This matter is set for settlement conference before the undersigned on July 29, 2022, at 3:30 p.m., by remote means to be determined; and

3. The stay in this case (ECF No. 26) is extended to July 30, 2022.

Dated:  July 5, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/belm0269.set