IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIGUEL BELMONTE,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SMITH, et al.,**<br><br>　　　　　　　　Defendant. | Case No. 2:19-cv-00269 KJM AC (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SETTLEMENT AGREEMENT** |

　　Defendant M. Carter moves for a thirty days extension of time to file the dispositive settlement documents agreed to at the August 25, 2022 settlement conference. The parties appeared before the Honorable Judge Kendall J. Newman on August 25, 2022. (Declaration of A. Corso at ¶ 2.) On August 26, 2022 counsel for the Defendant mailed settlement documents to Plaintiff Miguel Belmonte by U.S. Mail. (*Id*. at ¶ 3.) To date, Defendant has not received the settlement documents from Belmonte and has received no further contact from Belmonte. (*Id*. at ¶ 4.)

////

////

////

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for extension of time (ECF No. 39) is granted;
2. The parties shall submit the dispositive settlement documents within thirty days of the date of this order.

Dated: September 28, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bel269.ord