UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BELMONTE,<br><br>    Plaintiff,<br><br>    v.<br><br>A. SMITH, et al.,<br><br>    Defendants. | No. 2:19-cv-0269 KJM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 28, 2022, plaintiff and defendant M. Carter filed a joint motion to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule 160. ECF No. 41. The motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' joint motion to dismiss (ECF No. 41) is GRANTED;

2. This matter is DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule 160; and

////

////

1

3. This case is CLOSED.

DATED: November 2, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE